**Order entered July 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00617-CV

## MARK SMITH, MARK & TAMMY SMITH, LLC, TEE DANIEL, AND DARIN KIDD, Appellants

### V.

## NERIUM INTERNATIONAL, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03726**

## ORDER

Before the Court is appellee's July 23, 2018 opposed motion for extension of time to file

brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than September 7, 2018.

/s/     DAVID EVANS
JUSTICE